# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | American International Relocation SOL | 12/9/2022 | Wire | $ 8,760.45 |
| Akorn Operating Company, LLC | American International Relocation SOL | 1/20/2023 | Wire | $ 17,000.82 |
| | | | | $ 25,761.27 |